C6 – PERSONAL WITH MILITARY
1PEN809655 – PAUL J HOOTEN ESQ

## UNITED STATES EASTERN DIST. COURT – NEW YORK COUNTY

GARDEN CITY BOXING CLUB INC,
        PLAINTIFF
– vs. –

ANDINA RESTAURANT CORP DBA RESTAURANT
CHIFA
PERUANO ET ANO,
        DEFENDANT
_____/

Index No: 06/4994
Date Filed: 00/00/0000
Office No:
Court Date: N/A

STATE OF NEW YORK COUNTY OF NEW YORK :SS:

**ANDREW LINDAUER** being duly sworn, deposes and says;

I AM OVER THE AGE OF 18 YEARS AND RESIDE IN THE STATE OF NEW YORK.

That on **10/17/2006** at **3:15PM** at **91-18 CORONA AVENUE , ELMHURST, NY 11373**, I served the **SUMMONS AND COMPLAINT** upon **JAVIER TUCTO** the **DEFENDANT** therein by delivering and leaving a true copy or copies of the aforementioned documents with said **DEFENDANT** personally.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

    SEX: **MALE**      COLOR: **BROWN**      HAIR: **BLACK**
    APP. AGE: **35**      APP. HT: **5'6**      APP. WT: **150**
    OTHER IDENTIFYING FEATURES:

That at the time of service, as aforesaid, I asked **DEFENDANT** whether he/she was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **DEFENDANT** is not in the military service of the United States Government or of the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

That at the time of such service I knew the person so served as aforesaid to be the same person mentioned and described in the aforementioned documents as **JAVIER TUCTO** the **DEFENDANT** in this action.

Sworn to before me on **10/19/2006**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2006

ANDREW LINDAUER – 724538
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
Ref#: **1PEN809655**
AP