FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 18 2007 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.
            Plaintiff,

INDEX NO. 06-CV 4994

-against-

ANDINA RESTAURANT CORP.
d/b/a RESTAURANT CHIFA PERUANO
and JAVIER TUCTO

NOTATION OF DEFAULT

            Defendant,
-------------------------------------------------------------X

    I, Robert C. Heinemann, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendants, Andina Restaurant Corp. d/b/a Restaurant Chifa Peruano and Javier Tucto is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       January 17 2007

                                  Robert C. Heinemann
                                  Clerk of Court

                        By: Janet Hamilton
                             Deputy Clerk