UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
**GARDEN CITY BOXING CLUB, INC.,**

                          **Plaintiff,**

            -against-                                         **ORDER**
                                                           **CV-06-4994 (DLI)**

**ANDINA RESTAURANT CORP., d/b/a**
**RESTAURANT CHIFA PERUANO, and**
**JAVIER TUCTO,**

                        **Defendants.**
------------------------------------------------------------X

**GOLD, S., U.S.M.J.:**

       By Order dated January 22, 2007, the Honorable Dora L. Irizarry referred plaintiff's motion for default judgment to me for a report and recommendation on what relief should be awarded.

       Plaintiff may make any additional submissions in support of damages it seeks no later than February 14, 2007. Any submission that defendants wish to make in response is due no later than February 28, 2007. Any reply that plaintiff wishes to make should be filed no later than March 7, 2007.

       Upon receipt of this Order, plaintiff is hereby directed promptly to serve a copy of this Order by certified mail, return receipt requested, on defendants at their last known addresses, and to provide the Court with a copy of the return receipt.

               **SO ORDERED.**

Dated:       Brooklyn, New York
                 January 23, 2007

                                                   /s/
                                        **STEVEN M. GOLD**
                                        **United States Magistrate Judge**