UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

GARDEN CITY BOXING CLUB, INC.,
        Plaintiff,                    Index #06-CV-4994

     -against-                     **CERTIFICATE OF SERVICE**

ANDINA RESTAURANT CORP.
d/b/a RESTAURANT CHIFA PERUANO
and JAVIER TUCTO
        Defendant,
_____

    On the 29TH day of January, deponent notified the defendants of the Order by depositing a true and correct copy thereof in a postage prepaid envelope, via certified mail, in and official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed to each of the following persons at the last known address:

To:  Andina Restaurant Corp.
     d/b/a Restaurant Chifa Peruano
     91-18 Corona Avenue
     Elmhurst, NY 11373

     Javier Tucto
     91-18 Corona Avenue
     Elmhurst, NY 11373

                               By:  /s/ Danielle Wisz
                                   Danielle Wisz
                                   Paul J. Hooten & Associates
                                   Attorney for Plaintiff
                                   5505 Nesconset Hwy., Suite 203
                                   Mt. Sinai, New York, 11766
                                   (631) 331-0547