UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

GARDEN CITY BOXING CLUB, INC.
                Plaintiff,                Index # 06-CV-4994

   -against-

                                       **CERTIFICATE OF SERVICE**

ANDINA RESTAURANT CORP.
d/b/a RESTAURANT CHIFA PERUANO
and JAVIER TUCTO
              Defendants,
_____

      I certify that a copy of the Report and Recommendation was sent via the U.S. Postal Service within the State of New York, First Class Mail addressed to the following on July 16, 2007:

To:    Andina Restaurant Corp.
        d/b/a Restaurant Chifa Peruano
        91-18 Corona Avenue.
        Elmhurst, NY 11373

        Javier Tucto
        91-18 Corona Avenue.
        Elmhurst, NY 11373


                        By:    /s/ Lucille Eichler
                               Lucille Eichler
                               Paul J. Hooten & Associates
                               5505 Nesconset Highway, Suite 203
                               Mt. Sinai, NY 11766