UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
GARDEN CITY BOXING CLUB, INC.,                    :
                                                  :
        Plaintiff,                               :  **ORDER ADOPTING REPORT**
                                                  :  **AND RECOMMENDATIONS**
       -against-                                     :  06-CV-4994 (DLI) (SMG)
                                                  :
ANDINA RESTAURANT CORP., d/b/a                    :
RESTAURANT CHIFA PERUANO, and                     :
JAVIER TUCTO,                                     :
                                                  :
        Defendants.                              :
-------------------------------------------------------------x

**DORA L. IRIZARRY, United States District Judge:**

      It appears that no objections have been filed to the Report and Recommendation of the Honorable Steven M. Gold, U.S.M.J., dated July 13, 2007; and

      Upon due consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby

      ORDERED that default judgment be entered against the defaulting defendants, jointly and severally, in the total amount of $2,350, comprised of $2,000 in statutory damages and $350 in costs. Moreover, it is hereby

      ORDERED that plaintiff's application for attorney's fees is denied. It is further hereby

      ORDERED that this matter be closed. Plaintiff is directed to serve a copy of this Order on defendants by mailing a copy to defendants at their last known addresses and to file proof of service with the Court via ECF.

DATED:     Brooklyn, New York
               August 1, 2007

                                                   _____/s/_____
                                                          DORA L. IRIZARRY
                                             United States District Judge