UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

GARDEN CITY BOXING CLUB, INC.
                              Plaintiff,                                    Index # 06-CV-4994

          -against-
                                                                    **CERTIFICATE OF SERVICE**

ANDINA RESTAURANT CORP.
d/b/a RESTAURANT CHIFA PERUANO
and JAVIER TUCTO
                              Defendants,

_____

          I certify that a copy of the Order Adopting Report and Recommendations was sent via the
U.S. Postal Service within the State of New York, First Class Mail addressed to the following on
August 2, 2007:

To:     Andina Restaurant Corp.
        d/b/a Restaurant Chifa Peruano
        91-18 Corona Avenue.
        Elmhurst, NY 11373

        Javier Tucto
        91-18 Corona Avenue.
        Elmhurst, NY 11373


                    By:     /s/ Lucille Eichler
                            Lucille Eichler
                            Paul J. Hooten & Associates
                            5505 Nesconset Highway, Suite 203
                            Mt. Sinai, NY 11766