UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.,

                Plaintiff,

-against-

ADINA RESTAURANT CORP., d/b/a RESTAURANT
CHIFA PERUANO, and JAVIER TUCTO,

                Defendants.
-------------------------------------------------------------------X

JUDGMENT
06-CV- 4994 (DLI)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED N.Y.
★ AUG 6 2007 ★
P.M. _____
TIME A.M. _____

      An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on August 1, 2007, adopting the Report and Recommendation of Magistrate Judge Simon M. Gold, dated July 13, 2007, directing the Clerk of Court to enter judgment against the defaulting defendants, jointly and severally, in the total amount of 42,350.00, comprised of $2,000.00 in statutory damages and 4350.00 in costs; and denying plaintiff's application for attorney's fees; it is

      ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Steven M. Gold is adopted; that judgment is hereby entered in favor of plaintiff, Garden City Boxing Club, Inc., and against the defaulting defendants, Andina Restaurant Corp., d/b/a Restaurant Chifa Peruano, and Javier Tucto, jointly and severally, in the total amount of $2,350.00, comprised of $2,000.00 in statutory damages and $350.00 in costs; and that plaintiff's application for attorney's fees is denied.

Dated: Brooklyn, New York
       August 03, 2007

                                                                 ROBERT C. HEINEMANN
                                                                 Clerk of Court